# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D23-998
Lower Tribunal No. 18-678-CA

———————————————

WALTER JOHNSON, UNITED MEDTRANS, LLC, MEDICAL TRANSPORT, INC., d/b/a MEDICAL TRANSPORT SERVICES, THOMAS R. CHERRY and JEANNINE CHERRY,

Appellants,

v.

AIR CRITICAL CARE, LLC,

Appellee.

———————————————

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Charlotte County.
Geoffrey H. Gentile, Judge.

February 6, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and WHITE, JJ., concur.


Megan G. Colter, Dorothy Venable DiFiore, and Thomas A. Valdez, of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, for Appellants.

Andrew N. Walker, of Mike Fink Law Firm, P.A., Fort Myers, and Margaret H. White-Small, of Margaret H. White-Small, Attorney at Law, Longboat Key, for Appellee.

No Appearance for Appellants, Walter Johnson, United Medtrans, LLC, and Jeannine Cherry.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED